JET/HBC Nov. 2018
GJ # 45

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**WESTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **ALAA MOHD ABUSAAD** | ) |

**INDICTMENT**

The Grand Jury charges:

**Count One**
**Attempting to Provide Material Support**
**To a Foreign Terrorist Organization**
**(al Qaeda)**

Beginning on a date unknown, but no later than in and around February

2018, and continuing until on or about April 21, 2018, in Tuscaloosa County,

within the Northern District of Alabama, and elsewhere, the defendant,

**ALAA MOHD ABUSAAD**,

did knowingly attempt to provide "material support or resources," as that term is

defined in Title 18, United States Code, Section 2339A(b), including money and

services, to a foreign terrorist organization; that is, al Qaeda, which at all relevant

times was designated by the Secretary of State as a foreign terrorist organization

pursuant to Section 219 of the Immigration and Nationality Act ("INA"), knowing

that al Qaeda was a designated foreign terrorist organization (as defined in Title

18, United States Code, Section 2339(g)(6)), that al Qaeda engages and has

engaged in terrorist activity (as defined in Section 212(a)(3)(B) of the INA), and

that al Qaeda engages and has engaged in terrorism (as defined in Section

140(d)(2) of the Foreign Relations Authorization Act, Fiscal Years 1988 and

1989), in violation of  Title 18, United States Code,  Sections 2339B(a)(1) and 2.

A TRUE BILL


*/s/ Electronic Signature*
FOREPERSON OF THE GRAND JURY



JAY E. TOWN
United States Attorney


*/s/ Electronic Signature*
HENRY CORNELIUS
Assistant United States Attorney


*/s/ Electronic Signature*
MANU K. BALACHANDRAN
Assistant United States Attorney