**FILED**

2018 Dec-10  PM 04:13
U.S. DISTRICT COURT
N.D. OF ALABAMA

STYLE   USA v. Alaa Mohd Abusaad

CASE NUMBER: 7:18 cr 541-LSC-TMP

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | REC'D. COND. OR LTD. | RECEIVED | EXHIBITS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | Detention Hearing 12/10/18 |
| | | | | | | | | | | PLAINTIFF |
| | | | | | | | | | | (GOVERNMENT) |
| | | | | | | | | | | DEFENDANT |
| | | | | | | | | | | COURT |
| | | | | | | | | | | JOINT |
| | | | SUS | O/R | RES | SUS | O/R | | | |
| | 1 | 12/10/18 | | | | | | | 12/10/18 | COMPLAINT & AFFIDAVIT |
| | 2 | 12/10/18 | | | | | | | 12/10/18 | INDICTMENT |
| | 3 | 12/10/18 | | | | | | | 12/10/18 | PRE-TRIAL SERVICES REPORT #1 DATED 11/5/2018 |
| | 4 | 12/10/18 | | | | | | | 12/10/18 | PRE-TRIAL SERVICES REPORT #2 DATED 12/3/2018 |
| | 5 | 12/10/18 | | | | | | | 12/10/18 | PRE-TRIAL SERVICES REPORT #3 DATED 12/10/2018 |
| | 6 | | | | | | | | | |
| | 7 | | | | | | | | | |
| | 8 | | | | | | | | | |
| | 9 | | | | | | | | | |
| | 0 | | | | | | | | | |