# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# <u>WESTERN DIVISION</u>

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **Case No.** |
| ) | **7:18-CR-541-LSC-TMP** |
| **ALAA MOHD ABUSAAD** ) | |

## <u>UNOPPOSED MOTION FOR AMENDED PROTECTIVE ORDER</u>

The Government seeks entry of the attached amended protective order, which is unopposed.

Respectfully submitted on March 26, 2019.

                                             JAY E. TOWN
                                             United States Attorney

                                             */s/ Manu K. Balachandran*
                                             MANU K. BALACHANDRAN
                                             Assistant United States Attorney

2

## CERTIFICATE OF SERVICE

I certify that on March 26, 2019, I filed the foregoing document with the United States District Court for the Northern District of Alabama using the CM/ECF system, and thereby caused a copy to be served on the defendant's counsel of record.

                                             */s/ Manu K. Balachandran*
                                             MANU K. BALACHANDRAN
                                             Assistant United States Attorney
                                             1801 Fourth Avenue North
                                             Birmingham, AL 35203
                                             (205) 244-2001